UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04107529MLW

|  |  |
|---|---|
| DIANE SWALES, | ) |
| Plaintiff, | ) |
| v. | ) |
| JAMES S. GARDNER, M.D. | ) |
| Defendant | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Alan B. Rindler and Brooks A. Ames as counsel for the Defendant, James S. Gardner, M.D., in the above-entitled matter.

Respectfully submitted,
Defendant,
**JAMES S. GARDNER, M.D.**
by his attorneys,

Alan B. Rindler (BBO# 420860)
Brooks A. Ames (BBO# 641192)
RINDLER • MORGAN, P.C.
133 Portland Street, Suite 500
Boston, MA 02114-1728
(617) 973-0660

## RINDLER · MORGAN
A PROFESSIONAL CORPORATION

Alan B. Rindler
Douglas A. Morgan* (RI)
Paul R. Greenberg
Nadine Nasser Donovan* (RI)
Joanne Gulliford Hoban
Joan F. Renehan
Kelly Martin Malone
Daniel M. Surprenant
Julie A. Marinilli
Holly L. Parks
Brooks A. Ames
* Also Admitted

133 Portland Street, Suite 500
Boston, Massachusetts 02114-1728
Phone: (617) 973-0660
Fax: (617) 973-0665
Fax: (617) 973-0526

Alan B. Rindler
arindler@rindlermorgan.com

April 28, 2004

Tony Anastas
Clerk of Courts
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02110

Re: Diane Swales
Vs. James S. Gardner
C. A. No. 04107529MLW
Our File No. 04130

Dear Sir/Madam:

Enclosed for docketing and filing in the above-referenced matter please find:

1. Notice of Appearance of Alan B. Rindler and Brooks A. Ames

Thank you for your attention to this matter.

Very truly yours,

Alan B. Rindler
Brooks A. Ames

ABR/ld
Enclosure

cc: Mary-Beth Carney, Sr. Claim Representative (ProMutual File No.38527)