UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04107529MLW

| | |
|---|---|
| DIANE SWALES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES S. GARDNER, M.D. | ) |
| | ) |
| Defendant | ) |

### MOTION OF DEFENDANT, JAMES S. GARDNER, M.D., TO TRANSFER CASE TO PLYMOUTH SUPERIOR COURT FOR A MEDICAL MALPRACTICE TRIBUNAL HEARING

Defendant, Dr. Gardner, hereby requests that this Court temporarily transfer this case to the Plymouth Superior Court for purposes of a medical malpractice tribunal hearing, pursuant to M.G.L. c. 231, § 60B. In support of his motion, the defendant states the following:

1. This suit alleges medical malpractice against Dr. Gardner arising out of his care and treatment of Diane Swales in Plymouth County.

2. "A medical malpractice action brought in a court other than the Superior Court must be referred to a tribunal in the Superior Court for action in accordance with [M.G.L. c. 231] § 60B and its associated sections." Austin v. Boston University Hospital, 372 Mass. 654, 659-660 (1977). Moreover, the Rules of Decision Act, 28 U.S.C. § 1652, and the Erie Doctrine require that a federal district court, sitting in diversity, refer "an action for malpractice, error or mistake against a provider of health care" arising under M.G.L. c. 231 § 60B to a medical malpractice tribunal. See Feinstein v. Massachusetts General Hospital, 643 F.2d 880, 885-888 (1st. Cir. 1981).

3. Accordingly, plaintiff's medical malpractice claim must be referred to the statutory tribunal before it can be pursued in this Court.

WHEREFORE, the defendant, Dr. Gardner, hereby requests that this Court allow his motion for the reasons stated above.

Respectfully submitted,
Defendant,
**JAMES S. GARDNER, M.D.**
by his attorneys,


_____B___A.A_____
Alan B. Rindler (BBO# 420860)
Brooks A. Ames (BBO# 641192)
RINDLER • MORGAN, P.C.
133 Portland Street, Suite 500
Boston, MA 02114-1728
(617) 973-0660

Dated:   5/5/04

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by hand or mail on   5/5/04
   BA A