UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04107529MLW

|  |  |
|---|---|
| DIANE SWALES, | ) |
| Plaintiff, | ) |
| v. | ) |
| JAMES S. GARDNER, M.D. | ) |
| Defendant | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

     Please withdraw my appearance as attorney for the defendant, James S. Gardner, M.D., in the above-entitled case. Alan B. Rindler of RINDLER • MORGAN, P.C. will continue his representation of the defendants.

                                            The Defendant,
                                            James S. Gardner, M.D.

                                            By his attorney,

                                            /s Brooks A. Ames
                                            Brooks A. Ames, BBO # 641192
                                            **RINDLER ● MORGAN, P.C.**
                                            133 Portland Street, Suite 500
                                            Boston, MA 02114-1728
                                            (617) 973-0660

Dated: 12/28/04