UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04107529MLW

FILED
IN CLERKS OFFICE
2005 JAN 21 P 1: 28
U.S. DISTRICT COURT
DISTRICT OF MASS.

```
_____
                         )
DIANE SWALES,            )
                         )
Plaintiff,               )
                         )
v.                       )
                         )
JAMES S. GARDNER, M.D.   )
                         )
Defendant_____ )
```

### NOTICE OF APPEARANCE

Please enter the appearance of Jeanine E. Lederman as counsel for the Defendant, James S. Gardner, M.D., in the above-entitled matter.

Respectfully submitted,
Defendant,
**JAMES S. GARDNER, M.D.**
By his attorneys,

_____
Alan B. Rindler (BBO# 420860)
Jeanine E. Lederman (BBO# 637562)
RINDLER • MORGAN, P.C.
133 Portland Street, Suite 500
Boston, MA 02114-1728
(617) 973-0660

Dated: 1/20/05

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by hand or mail on 1/20/05