UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04107529MLW

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\*
DIANE SWALES    \*
\*
v.    \*
\*
JAMES S. GARDNER, M.D.    \*
\*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SUGGESTION OF DEATH

Pursuant to Federal Rule 25(a)(2) of the Federal Rules of Civil Procedure, suggestion upon the record is hereby made that Diane Swales died on January 19, 2005, requiring the appointment of an administratrix and/or executrix of her estate.

Dated: February 15, 2005

The Plaintiff, DIANE SWALES,
By her attorney,
JOSEPH G. ABROMOVTIZ, P.C.

_____
Joseph G. Abromovitz
BBO NO. 011420
858 Washington St., 3rd Fl.
Dedham, MA 02026
PHONE: (781) 329-1080

## CERTIFICATE OF SERVICE

I, Joseph G. Abromovitz, counsel for the plaintiff, hereby certify that on the 15th day of February, 2005 I served a copy of the within document via postage prepaid mail to the following counsel of record:

Alan B. Rindler, Esquire
Rindler Morgan
133 Portland Street
Boston, MA 02114

_____
Joseph G. Abromovitz