UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 0410759MLW

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
```
                                    *
DIANE SWALES                        *
                                    *
v.                                  *
                                    *
JAMES S. GARDNER, M.D.              *
                                    *
```
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL**

Now comes plaintiff's counsel, Joseph G. Abromovitz, who, hereby moves for leave to withdraw as the counsel of the plaintiff. As grounds therefore, plaintiff's counsel states the following:

Plaintiff's case is a medical malpractice action originally filed on or about April 4, 2004, alleging, inter alia, a failure to utilize proper diagnostic procedures to discover precancerous and/or cancerous colon polyps, notwithstanding a familial history of same. A medical malpractice tribunal hearing had been scheduled for March 10, 2005, but was continued in view of the death of the plaintiff, Diane Swales, on January 19, 2005. At that time (and currently) appointment of an administrator/administratrix and/or executor/executrix was pending.

Following a thorough investigation, appropriate consultation and review of the medical liability issues, plaintiff's counsel has found that his representation cannot satisfy the requirement of Rule 11 of the Federal Rules of Civil Procedure.

Plaintiff's daughter, the likely appointee to represent the estate, was notified in a letter dated March 13, 2005 of the above and given the opportunity to obtain successor counsel if she so desired. However, as of the date of this motion, successor counsel has not been obtained. Accordingly, plaintiff's counsel has filed this motion pursuant to Rule 11(c).

## CONCLUSION

For all of the above stated reasons, plaintiff's counsel requests that his motion to withdraw be granted.

Dated:  May 23, 2005                    The Plaintiff, DIANE SWALES,
                                        By her attorney,
                                        JOSEPH G. ABROMOVTIZ, P.C.


                                        s/Joseph G. Abromovitz
                                        Joseph G. Abromovitz
                                        BBO NO. 011420
                                        858 Washington St., 3rd Fl.
                                        Dedham, MA 02026
                                        PHONE: (781) 329-1080

## CERTIFICATE OF SERVICE

     I, Joseph G. Abromovitz, counsel for the plaintiff, hereby certify that on the 23rd day of May, 2005 I served a copy of the within document via postage prepaid mail to the following counsel of record:

Alan B. Rindler, Esquire
Rindler Morgan
133 Portland Street
Boston, MA 02114

                                            s/Joseph G. Abromovitz
                                            Joseph G. Abromovitz