## STACIE M LIBERATORE

94 Brook Road
Plymouth, MA 02360
508-224-3208

July 24, 2005

US District Court
District of Mass
Don Joseph Moakley
1 Courthouse Way
Boston, MA 02110
**Civil Action NO. 0410759MLW**

Dear Mr. Moakley,

Please grant me a sixty day extension to meet with another counsel in order for evaluation and appearance regarding case Diane M Swales vs. James Gardner M.D. **CIVIL ACTION NO. 0410759MLW.**

Thank you for your attention in this matter.

Sincerely,

Stacie M Liberatore

CC: Alan Rindler P.C.