# Commonwealth of Massachusetts
## County of Plymouth
## The Superior Court

Ex 1

Plymouth, ss.                                    CIVIL DOCKET# **PLCV2004-00947**

RE:   **Swales v Gardner, M.D.**

TO: Alan Barry Rindler, Esquire                  FEB ?           CALENDARED
     Rindler Morgan PC
     133 Portland Street
     Suite 400
     Boston, MA 02114-1728

## ORDER FOR MEDICAL MALPRACTICE TRIBUNAL

Pursuant to General Laws Chapter 231, as amended by Chapter 362 of the Act of 1975, a **MEDICAL MALPRACTICE TRIBUNAL** will be convened in the Superior Court for Plymouth County in Brockton.

        ON:    03/10/2005
        AT:    02:00 PM
        IN:    CtRm 4 (72 Belmont Street, Brockton)

to conduct a hearing and make appropriate findings as called for by law. The tribunal will consist of the following members:

JUDGE:                      To be assigned
MEDICAL MEMBER:             David Schwartz, M.D.
                            150 Emory Street
                            Attleboro, MA 02703

LEGAL MEMBER:               David Nagle, Esq.
                            100 Schoosett Street
                            Bldg. 1, Suite A
                            Pembroke, MA 02359

        **Counsel MUST send copies of offer of proof or any submissions at least five days before the date of the tribunal to the Court, the members of the tribunal and other parties or counsel.** Also one copy of plaintiffs offer of proof must be sent to the Mass. Board of Registration in Medicine, 560 Harrison Avenue, Suite G4, Boston, MA 02111.

Dated: 01/31/2005

                                                            Francis R. Powers,
                                                            Clerk of Courts

Telephone: (508) 583-8250 ext. 307-Mary Lou Boss

cvcmalptri6essex_2.wpd 45974 malptri bossmary

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04107529MLW

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*
DIANE SWALES                        \*
                                    \*
v.                                  \*
                                    \*
JAMES S. GARDNER, M.D.              \*
                                    \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**SUGGESTION OF DEATH**

Pursuant to Federal Rule 25(a)(2) of the Federal Rules of Civil Procedure, suggestion upon the record is hereby made that Diane Swales died on January 19, 2005, requiring the appointment of an administratrix and/or executrix of her estate.

Dated: February 15, 2005

The Plaintiff, DIANE SWALES,
By her attorney,
JOSEPH G. ABROMOVTIZ, P.C.

_____
Joseph G. Abromovitz
BBO NO. 011420
858 Washington St., 3rd Fl.
Dedham, MA 02026
PHONE: (781) 329-1080

## CERTIFICATE OF SERVICE

I, Joseph G. Abromovitz, counsel for the plaintiff, hereby certify that on the 15th day of February, 2005 I served a copy of the within document via postage prepaid mail to the following counsel of record:

Alan B. Rindler, Esquire
Rindler Morgan
133 Portland Street
Boston, MA 02114

_____
Joseph G. Abromovitz

COMMONWEALTH OF MASSACHUSETTS

*Exh 3*

PLYMOUTH, SS.                                  SUPERIOR COURT DEPARTMENT
                                               CIVIL ACTION NO. 2004-00947

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
                                *
DIANE SWALES                    *
                                *
v.                              *
                                *
JAMES S. GARDNER, M.D.          *
                                *
* * * * * * * * * * * * * * * * * * * * * * * * * *
```

## PLAINTIFF'S MOTION TO CONTINUE THE
## MEDICAL MALPRACTICE TRIBUNAL HEARING

Now comes the Plaintiff, in the above entitled action, and hereby moves for an order to continue the Medical Malpractice Tribunal Hearing now scheduled for March 10, 2005.

Plaintiff states that the named Plaintiff, Diane Swales, died on January 19, 2005. Accordingly, a Suggestion Of Death was filed with the United States District Court For The District Of Massachusetts, the Court in which this action is filed, on or about February 15, 2005. (Copy enclosed hereto). Appointment of an administrator/administratrix and/or executor/executrix is pending.

For the above stated reasons, Plaintiff requests that the Motion To Continue The Medical Malpractice Tribunal Hearing be granted.

Dated: February 17, 2005

The Plaintiff, DIANE SWALES,
By her attorney,
JOSEPH G. ABROMOVTIZ, P.C.

_____
Joseph G. Abromovitz
BBO NO. 011420
858 Washington St., 3rd Fl.
Dedham, MA 02026
PHONE: (781) 329-1080

## CERTIFICATE OF SERVICE

I, Joseph G. Abromovitz, counsel for the plaintiff, hereby certify that on the 17th day of February, 2005 I served a copy of the within document via postage prepaid mail to the following counsel of record:

Alan B. Rindler, Esquire
Rindler Morgan
133 Portland Street
Boston, MA 02114

_____
Joseph G. Abromovitz

# Commonwealth of Massachusetts
## County of Plymouth
## The Superior Court

Plymouth, ss.                                              Civil Docket **PLCV2004-00947**

RE:   Swales v Gardner, M.D.

TO:   Alan Barry Rindler, Esquire
      Rindler Morgan PC
      133 Portland Street
      Suite 400
      Boston, MA 02114-1728

MAR 7

## CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on **03/04/2005**:

*RE: Plaintiff's MOTION to continue Medical Tribunal hearing*

**is as follows:**

**MOTION (P#3) ALLOWED (Joseph M. Walker,III, Justice) Notices mailed March 04, 2005**

Dated at Brockton, Massachusetts this 4th day of March, 2005.

                                                    Francis R. Powers,
                                                    Clerk of the Courts

Telephone: (508) 583-8250 ext. 305

Copies mailed 03/04/2005

cvdresult_2.wpd 447202 mctallow bossmary

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 0410759MLW

```
***************************
                           *
DIANE SWALES               *
                           *
v.                         *
                           *
JAMES S. GARDNER, M.D.     *
                           *
***************************
```

**PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL**

Now comes plaintiff's counsel, Joseph G. Abromovitz, who, hereby moves for leave to withdraw as the counsel of the plaintiff. As grounds therefore, plaintiff's counsel states the following:

Plaintiff's case is a medical malpractice action originally filed on or about April 4, 2004, alleging, <u>inter alia</u>, a failure to utilize proper diagnostic procedures to discover precancerous and/or cancerous colon polyps, notwithstanding a familial history of same. A medical malpractice tribunal hearing had been scheduled for March 10, 2005, but was continued in view of the death of the plaintiff, Diane Swales, on January 19, 2005. At that time (and currently) appointment of an administrator/administratrix and/or executor/executrix was pending.

Following a thorough investigation, appropriate consultation and review of the medical liability issues, plaintiff's counsel has found that his representation cannot satisfy the requirement of Rule 11 of the Federal Rules of Civil Procedure.

[Handwritten annotations in margins: "Exh 5", "W04, 15. 6/24/05 dismissed of two cases"]

[Handwritten note at bottom: "Plaintiff shall, by August 2, 2005, either cause successor counsel to file an appearance, state that she intends to represent herself because she cannot obtain counsel, arrequest a..."]

Plaintiff's daughter, the likely appointee to represent the estate, was notified in a letter dated March 13, 2005 of the above and given the opportunity to obtain successor counsel if she so desired. However, as of the date of this motion, successor counsel has not been obtained. Accordingly, plaintiff's counsel has filed this motion pursuant to Rule 11(c).

## CONCLUSION

For all of the above stated reasons, plaintiff's counsel requests that his motion to withdraw be granted.

Dated: May 23, 2005

           The Plaintiff, DIANE SWALES,
           By her attorney,
           JOSEPH G. ABROMOVTIZ, P.C.


           s/Joseph G. Abromovitz
           Joseph G. Abromovitz
           BBO NO. 011420
           858 Washington St., 3rd Fl.
           Dedham, MA 02026
           PHONE: (781) 329-1080

*STACIE M LIBERATORE*

94 Brook Road
Plymouth, MA 02360
508-224-3208



July 24, 2005

US District Court
District of Mass
Don Joseph Moakley
1 Courthouse Way
Boston, MA 02110
**Civil Action NO. 0410759MLW**

Dear Mr. Moakley,

Please grant me a sixty day extension to meet with another counsel in order for evaluation and appearance regarding case Diane M Swales vs. James Gardner M.D. **CIVIL ACTION NO. 0410759MLW.**

Thank you for your attention in this matter.

Sincerely,

Stacie M Liberatore

CC: Alan Rindler P.C.

Wolf, D.J.
MOTION ALLOWED
9/16/05