UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIANE SWALES
                **Plaintiff**

    V.

                CIVIL ACTION

                NO.   04-10759-MLW

DR. JAMES GARDNER
                **Defendant**

## JUDGMENT

**WOLF, D. J.**

In accordance with the Court's & Order entered on November 28, 2005, in the above-referenced action, dismissing the plaintiff's complaint, it is hereby ORDERED:

Judgment of dismissal with prejudice for the defendant.

                                  By the Court,

**February 28, 2006**                          **/s/ Dennis O'Leary**
     **Date**                                    **Deputy Clerk**

(judge-dis.wpd - 12/98)                                                                              [jgm.]