**Commonwealth of Massachusetts**
**PLYMOUTH SUPERIOR COURT**
Case Summary
Civil Docket

04-10759-
MLW

FILED
IN CLERKS OFFICE

### PLCV2004-00947
### Swales v Gardner, M.D.

2007 APR -3 A 11: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

| File Date | 07/29/2004 | Status | Disposed (disp) |
|---|---|---|---|
| Status Date | 04/02/2007 | Session | A - Civil A - CtRm 5 (Brockton) |
| Origin | 91 - Transfer from another | Case Type | B06 - Medical malpractice |
| Track | A - Average track | Lead Case | |

Jury Trial   Unknown

### DEADLINES

| | Service | Answer | Rule12/19/20 | Rule 15 | Discovery | Rule 56 | Final PTC | Judgment |
|---|---|---|---|---|---|---|---|---|
| Served By | | | | | 09/17/2006 | | | |
| Filed By | 10/27/2004 | 12/26/2004 | 12/26/2004 | 10/22/2005 | | 11/16/2006 | | 07/29/2007 |
| Heard By | | | | | | | 03/16/2007 | |

### PARTIES

**Plaintiff**
Diane Swales
Active 07/29/2004

**Private Counsel 011420**
Joseph G Abromovitz
Law Office of Joseph G Abromovitz
858 Washington Street
Third floor
Dedham, MA 02026
Phone: 781-329-1080
Fax: 781-326-2157
Active 07/29/2004 Notify

**Defendant**
James S. Gardner, M.D.
Active 01/31/2005

**Private Counsel 420860**
Alan Barry Rindler
Rindler Morgan PC
133 Portland Street
Suite 500
Boston, MA 02114-1728
Phone: 617-973-0660
Fax: 617-973-0665
Active 07/29/2004 Notify

**Malprac trib attorney**
David Nagle
100 Schoosett Street
Bldg. 1, Suite A
Pembroke, MA 02359
Phone: 781-826-6712
Active 01/31/2005

**Malprac trib physician**
David Schwartz, M.D.
150 Emory Street
Attleboro, MA 02703
Phone: 508-222-2021
Active 01/31/2005

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 07/29/2004 | 1.0 | Transferred from United States District Court. Case will immediately |

Commonwealth of Massachusetts
PLYMOUTH SUPERIOR COURT
Case Summary
Civil Docket

## PLCV2004-00947
### Swales v Gardner, M.D.

| Date | Paper | Text |
|---|---|---|
|  | 1.0 | transfer back to the U. S. District Court after the tribunal. |
| 07/29/2004 |  | Origin 91, Type B06, Track A. |
| 01/31/2005 | 2.0 | ORDER for medical malpractice tribunal on March 10, 2005 at 2:00 pm in Brockton |
| 03/03/2005 | 3.0 | Plaintiff 's MOTION to continue Medical Tribunal hearing |
| 03/04/2005 |  | MOTION (P#3) ALLOWED (Joseph M. Walker,III, Justice) Notices mailed March 04, 2005 |
| 08/05/2005 | 4.0 | Pltff's counsel's motion to withdraw as counsel, allowed by U.S. District Court |
| 04/02/2007 |  | Papers/action returned to U.S. District Court - Tribunal never took place and no action taken by either party (John B. Deady, Asst. Clerk) |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 03/10/2005 | Civil A - CtRm 5 (Brockton) | Malpractice tribunal | Event canceled not re-scheduled |